TROUTMAN PEPPER HAMILTON SANDERS LLP
Chad Fuller, Bar No. 190830
chad.fuller@troutman.com
11682 El Camino Real, Suite 400
San Diego, CA  92130-2092
Telephone:     858.509.6000
Facsimile:      858.509.6040
E-mail:          chad.fuller@troutman.com

TROUTMAN PEPPER HAMILTON SANDERS LLP
Jenna Uyen Nguyen, Bar No. 307929
jenna.nguyen@troutman.com
5 Park Plaza, Suite 1400
Irvine, CA  92614-2545
Telephone:     949.622.2700
Facsimile:      949.622.2739
E-mail:          jenna.nguyen@troutman.com

Attorneys for Defendant
BLUE CROSS OF CALIFORNIA dba ANTHEM
BLUE CROSS

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRIS W. & JENNIFER W.,<br><br>                    Plaintiffs,<br><br>v.<br><br>PROVIDENCE HEALTH PLAN; BLUE CROSS OF CALIFORNIA dba ANTHEM BLUE CROSS; and DOES 1 through 10,<br><br>                    Defendants. | Case No.  3:20-cv-04491-JCS<br><br>**JOINT STIPULATION AND [PROPOSED] ORDER EXTENDING TIME TO RESPOND TO PLAINTIFF'S COMPLAINT**<br><br>Judge: Hon. James Donato<br><br>Current response date: September 14, 2020<br>New response date: October 5, 2020 |

Pursuant to Northern District of California Local Rule 6-1(b), Plaintiffs Chris W. and Jennifer W. ("Plaintiffs") and Defendant Blue Cross of California dba Anthem Blue Cross ("Anthem"), by and through their counsel of record, respectfully submit this Stipulation and Proposed Order to extend time to respond to Plaintiffs' complaint from September 14, 2020 to October 5, 2020. In support of this stipulation, the Parties state as follows:

1. This Complaint was filed on July 7, 2020.

2. Plaintiffs mailed a Request for Service of Summons to Anthem on July 16, 2020, Anthem returned the Request for Service of Summons to Plaintiffs on July 22, 2020, making Anthem's current deadline to respond to the Complaint September 14, 2020.

3. The Plaintiffs and Anthem have met and conferred, and have agreed to extend the date upon which Defendant's responsive pleading is due to October 5, 2020.

4. Plaintiff and Anthem have stipulated to extend the deadline for Anthem to respond to response to the Complaint from September 14, 2020 to October 5, 2020 for purposes of exploring potential early resolution of these claims prior to incurring further attorneys' fees and litigation expenses.

5. This is the first request for an extension for this responsive pleading, and the requested extension is not expected to prejudice either party.

9. Pursuant to Northern District of California Local Rule 6-2, and for good cause, the Parties hereby stipulate and respectfully request that this Court extend the time Anthem to respond to the Complaint to October 5, 2020.

TROUTMAN PEPPER HAMILTON SANDERS LLP
11682 EL CAMINO REAL
SUITE 400
SAN DIEGO, CA 92130-2092

| | | |
|---|---|---|
| Dated: | September 3, 2020 | TROUTMAN PEPPER HAMILTON SANDERS LLP |

By: */s/ Chad S. Fuller*
  Chad Fuller
  Jenna Uyen Nguyen
  Attorneys for Defendant
  BLUE CROSS OF CALIFORNIA dba
  ANTHEM BLUE CROSS

| | | |
|---|---|---|
| Dated: | September 3, 2020 | DL LAW GROUP |

By: */s/David M. Lilienstein*
  David M. Lilienstein
  Katie J. Spielman
  Attorneys for Plaintiffs
  CHRIS W. & JENNIFER W.

*Filer's Attestation:* Pursuant to Civil L.R. 5-1(i)(3) regarding signatures, Chad R. Fuller hereby attests that concurrence in the filing of this document and its content has been obtained from all signatories listed.

**[PROPOSED] ORDER**

IT IS SO ORDERED, Defendant Blue Cross Of California dba Anthem Blue Cross's response to the Complaint shall be filed by October 5, 2020.

ORDERED this <u>4th</u> day of <u>     September     </u>, 2020.

_____
The Honorable James Donato