# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

## Civil Minutes

Date: October 8, 2020                                Judge: Hon. James Donato

Time: 3 Minutes

Case No.     **C- 20-04491-JD**
Case Name    **W. et al v. Providence Health Plan et al**

Attorney(s) for Plaintiff(s):    Katie Spielman
Attorney(s) for Defendant(s):    Donald P. Sullivan/Tammy Chu

Deputy Clerk: Lisa R. Clark                         Court Reporter: Marla Knox

### PROCEEDINGS

Case Management Conference -- Held (by Zoom Webinar)

### NOTES AND ORDERS

A scheduling order will be filed. The ERISA claim will be presented as a summary judgment motion by plaintiff, and opposed by defendants. The standard of review should be addressed in the summary judgment papers and not separately.

1