1  Donald P. Sullivan (SBN 191080)
   JACKSON LEWIS P.C.
2  50 California Street, 9th Floor
   San Francisco, CA 94111
3  Telephone: 415-394-9400
   Facsimile: 415-394-9401
4  E-mail: donald.sullivan@jacksonlewis.com

5  Nancy B. Pridgen, *Pro Hac Vice Pending*
   PRIDGEN BASSETT LAW, LLC
6  138 Bulloch Avenue
   Roswell, Georgia 30075
7  Telephone: (404) 551-5884
   Facsimile: (678) 812-3654
8  E-mail: nancy@pridgenbassett.com

9  Attorneys for Defendants Intel Corporation
   And Intel Corporation Health Plan

10

11              UNITED STATES DISTRICT COURT

12          FOR THE NORTHERN DISTRICT OF CALIFORNIA

13

14  CHRIS W. & JENNIFER W.,              )   Case No. 3:20-cv-04491-JD
                                         )
15          Plaintiffs,                  )
                                         )
16      v.                               )   **INTEL AND BLUE CROSS**
                                         )   **DEFENDANTS' ANSWER TO**
17  PROVIDENCE HEALTH PLAN;              )   **PLAINTIFFS' FIRST AMENDED**
    PROVIDENCE HEALTH & SERVICES dba     )   **COMPLAINT**
18  PROVIDENCE; INTEL CORPORATION; the   )
    INTEL CORPORATION ANTHEM HDHP        )
19  PLAN; BLUE CROSS OF CALIFORNIA dba   )
    ANTHEM BLUE CROSS; and DOES 1        )
20  through 10,                          )
                                         )
21          Defendants.                  )
                                         )
22  ─────────────────────────────────

23          Defendants Intel Corporation, the Intel Corporation Health Plan (erroneously sued as

24  "Intel Corporation Anthem HDHP Plan"), and Blue Cross of California, (collectively

25  "Defendants"), hereby answer Plaintiffs Chris W. and Jennifer W.'s First Amended Complaint

26  for Breach of the Employee Retirement Income Security Act of 1974 (ERISA); Enforcement and

27  Clarification of Rights; Prejudgment and Postjudgment Interest; Breach of the Covenant of Good

28  Faith and Fair Dealing; Attorneys' Fees and Costs; Jury Trial Demanded (hereinafter, the "First

                                         1

Amended Complaint"), showing the Court as follows:

## PRELIMINARY ALLEGATIONS

### JURISDICTION

1.      Paragraph 1 of the First Amended Complaint appears to be a jurisdictional statement.  Defendants admit only that Plaintiffs are bringing their case claiming benefits under an employer-sponsored health benefit plan, but deny that Plaintiffs are entitled to the relief sought under ERISA or any other statute or law.  Any remaining allegations in Paragraph 1 of the First Amended Complaint not specifically admitted herein are denied.

2.      As to Paragraph 2 of the First Amended Complaint, Defendants admit only that the Intel Corporation Health Plan (the "Intel Plan") and its fiduciaries are governed by ERISA.  Defendants lack knowledge or information sufficient to form a belief about the truth as to the remaining allegations in Paragraph 2 of the First Amended Complaint and leave Plaintiffs to their proofs.

3.      Paragraph 3 of the First Amended Complaint appears to be a jurisdictional statement.  Defendants admit only that Plaintiffs are bringing their case, and seek various forms of relief, under ERISA, but deny that Plaintiffs are entitled to the relief sought under ERISA or any other statute or law.  Defendants do not contest subject matter jurisdiction in this case.  Any remaining allegations in Paragraph 3 of the First Amended Complaint not specifically admitted herein are denied.

4.      Paragraph 4 of the First Amended Complaint appears to be jurisdictional statement.  Defendants admit only that Plaintiffs are bringing their case, and seeks various forms of relief, under ERISA, but deny that Plaintiffs are entitled to the relief sought under ERISA or any other statute or law.  Defendants do not contest subject matter jurisdiction in this case.  Any remaining allegations in Paragraph 4 of the First Amended Complaint not specifically admitted herein are denied.

### PARTIES

5.      Defendants are without sufficient information to admit or deny Plaintiffs' residency as articulated in Paragraph 5 of the First Amended Complaint and therefore deny

same.

6.     Defendants lack knowledge or information sufficient to form a belief about the truth as to the allegations in Paragraph 6 of the First Amended Complaint and leave Plaintiffs to their proofs.

7.     Defendants admit only that Plaintiff Jennifer W. is or was an employee of Intel Corporation ("Intel") at certain times relevant to the First Amended Complaint.  Any allegation in Paragraph 7 not admitted herein is hereby denied.

8.     Defendants lack knowledge or information sufficient to form a belief about the truth as to the allegations in Paragraph 8 of the First Amended Complaint and leave Plaintiffs to their proofs.

9.     Defendants lack knowledge or information sufficient to form a belief about the truth as to the allegations in Paragraph 9 of the First Amended Complaint and leave Plaintiffs to their proofs.

10.     Defendants lack knowledge or information sufficient to form a belief about the truth as to the allegations in Paragraph 10 of the First Amended Complaint and leave Plaintiffs to their proofs.

11.     Defendants lack knowledge or information sufficient to form a belief about the truth as to the allegations in Paragraph 11 of the First Amended Complaint and leave Plaintiffs to their proofs.

12.     Defendants lack knowledge or information sufficient to form a belief about the truth as to the allegations in Paragraph 12 of the First Amended Complaint and leave Plaintiffs to their proofs.

13.     Defendants lack knowledge or information sufficient to form a belief about the truth as to the allegations in Paragraph 13 of the First Amended Complaint and leave Plaintiffs to their proofs.

14.     Defendants lack knowledge or information sufficient to form a belief about the truth as to the allegations in Paragraph 14 of the First Amended Complaint and leave Plaintiffs to their proofs.

1    15.    Defendants lack knowledge or information sufficient to form a belief about the

2    truth as to the allegations in Paragraph 15 of the First Amended Complaint and leave Plaintiffs to

3    their proofs.

4    16.    Defendants lack knowledge or information sufficient to form a belief about the

5    truth as to the allegations in Paragraph 16 of the First Amended Complaint and leave Plaintiffs to

6    their proofs.

7    17.    Defendants lack knowledge or information sufficient to form a belief about the

8    truth as to the allegations in Paragraph 17 of the First Amended Complaint and leave Plaintiffs to

9    their proofs.

10    18.    Defendants lack knowledge or information sufficient to form a belief about the

11    truth as to the allegations in Paragraph 18 of the First Amended Complaint and leave Plaintiffs to

12    their proofs.

13    19.    Defendants lack knowledge or information sufficient to form a belief about the

14    truth as to the allegations in Paragraph 19 of the First Amended Complaint and leave Plaintiffs to

15    their proofs.

16    20.    Defendants lack knowledge or information sufficient to form a belief about the

17    truth as to the allegations in Paragraph 20 of the First Amended Complaint and leave Plaintiffs to

18    their proofs.

19    21.    Defendants lack knowledge or information sufficient to form a belief about the

20    truth as to the allegations in Paragraph 21 of the First Amended Complaint and leave Plaintiffs to

21    their proofs.

22    22.    Defendants lack knowledge or information sufficient to form a belief about the

23    truth as to the allegations in Paragraph 22 of the First Amended Complaint and leave Plaintiffs to

24    their proofs.

25    23.    Defendants admit only that Blue Cross of California dba Anthem Blue Cross

26    ('Anthem") is one of the claims administrators under the self-funded Intel Plan.  Otherwise,

27    Defendants lack knowledge or information sufficient to form a belief about the truth as to the

28    remaining allegations in Paragraph 23 of the First Amended Complaint and leave Plaintiffs to

their proofs.

24.     Defendants admit only that Plaintiff Jennifer W. is or was a participant of the Intel Corporation Health Plan, an ERISA-governed employee welfare plan sponsored by Intel, at certain times relevant to the First Amended Complaint.  Any allegation in Paragraph 24 not admitted herein is hereby denied.

25.     Defendants admit only that Intel is the sponsor of the Intel Plan.  By way of further answer, Defendants state that the Benefits Administrative Committee is the "Plan Administrator" for the Intel Plan.  Any allegation in Paragraph 25 not admitted herein is hereby denied.

26.     Defendants admit the allegations in Paragraph 26 of the First Amended Complaint.

27.     Defendants lack knowledge or information sufficient to form a belief about the truth as to the allegations in Paragraph 27 of the First Amended Complaint and leave Plaintiffs to their proofs.

28.     Defendants admit only that: (1) the Intel Plan is a self-funded health benefits plan that covers medically necessary treatment for, *inter alia*, mental health conditions for its participants and beneficiaries, according to the terms of the Plan; and (2) that Anthem, as one of the Intel Plan's third-party claims administrators, denied certain mental health claims submitted by Plaintiffs as not "medically necessary."  Any remaining allegations in Paragraph 28 of the First Amended Complaint not admitted herein are hereby denied.

## FACTS

29.     Paragraph 29 of the First Amended Complaint appears to summarize written documents, the contents of which documents speak for themselves; to the extent such documents differ from the allegations, the allegations are denied.  Any remaining allegations in Paragraph 29 not specifically admitted herein are hereby denied.

30.     Upon information and belief, Defendants admit only that the minor whose name is initialized as P.K.W. in the First Amended Complaint is the minor daughter of Plaintiffs and, at certain times, a beneficiary of the Intel Plan.  Defendants lack knowledge or information

sufficient to form a belief about the truth as to the allegations about the "PEBB Plan." Any remaining allegations in Paragraph 30 not specifically admitted herein are hereby denied.

31. Defendants admit only that the Intel Plan exists and provides benefits according to its terms. Defendants lack knowledge or information sufficient to form a belief about the truth as to the allegations about the "PEBB Plan." Any remaining allegations in Paragraph 31 not specifically admitted herein are hereby denied.

32. Defendants lack knowledge or information sufficient to form a belief about the truth as to the allegations in Paragraph 32 of the First Amended Complaint and leave Plaintiffs to their proofs.

33. As to Paragraph 33 of the First Amended Complaint, upon information and belief, Defendants admit only that the self-funded Intel Plan is "secondary" to any other health coverage that may apply to P.K.W. during the relevant time period. Any remaining allegations in Paragraph 33 not specifically admitted herein are hereby denied.

34. Defendants lack knowledge or information sufficient to form a belief about the truth as to the allegations in Paragraph 34 of the First Amended Complaint and leave Plaintiffs to their proofs.

35. Defendants deny the allegations in Paragraph 35 of the First Amended Complaint.

36. Defendants lack knowledge or information sufficient to form a belief about the truth as to the allegations in Paragraph 36 of the First Amended Complaint and leave Plaintiffs to their proofs.

37. Defendants lack knowledge or information sufficient to form a belief about the truth as to the allegations in Paragraph 37 of the First Amended Complaint and leave Plaintiffs to their proofs.

38. Defendants lack knowledge or information sufficient to form a belief about the truth as to the allegations in Paragraph 38 of the First Amended Complaint and leave Plaintiffs to their proofs.

39. Defendants deny the allegations in Paragraph 39 of the First Amended Complaint.

40. Defendants deny the allegations in Paragraph 40 of the First Amended Complaint.

41.     Paragraph 41 of the First Amended Complaint appears to summarize written documents, the contents of which documents speak for themselves; to the extent such documents differ from the allegations, the allegations are denied.  Any remaining allegations in Paragraph 41 not specifically admitted herein are hereby denied.

42.     Defendants lack knowledge or information sufficient to form a belief about the truth as to the allegations in Paragraph 42 of the First Amended Complaint related to written documents (which documents speak for themselves), and leave Plaintiffs to their proofs.  Any remaining allegations in Paragraph 42 not specifically admitted herein are hereby denied.

43.     Paragraph 43 of the First Amended Complaint appears to summarize written documents, the contents of which documents speak for themselves; to the extent such documents differ from the allegations, the allegations are denied.  Any remaining allegations in Paragraph 43 not specifically admitted herein are hereby denied.

44.     Paragraph 44 of the First Amended Complaint appears to contain a legal conclusion, to which no response is required.  To the extent a response is required, Defendants deny the allegations as averred.

45.     Defendants lack knowledge or information sufficient to form a belief about the truth as to the allegations in Paragraph 45 of the First Amended Complaint and leave Plaintiffs to their proofs.

46.     Defendants lack knowledge or information sufficient to form a belief about the truth as to the allegations in Paragraph 46 of the First Amended Complaint and leave Plaintiffs to their proofs.

47.     Defendants lack knowledge or information sufficient to form a belief about the truth as to the allegations in Paragraph 47 of the First Amended Complaint and leave Plaintiffs to their proofs.

48.     Defendants lack knowledge or information sufficient to form a belief about the truth as to the allegations in Paragraph 48 of the First Amended Complaint and leave Plaintiffs to their proofs.

49.     Defendants lack knowledge or information sufficient to form a belief about the

truth as to the allegations in Paragraph 49 of the First Amended Complaint and leave Plaintiffs to their proofs.

50.    Defendants lack knowledge or information sufficient to form a belief about the truth as to the allegations in Paragraph 50 of the First Amended Complaint and leave Plaintiffs to their proofs.

51.    Defendants lack knowledge or information sufficient to form a belief about the truth as to the allegations in Paragraph 51 of the First Amended Complaint and leave Plaintiffs to their proofs.

52.    Defendants lack knowledge or information sufficient to form a belief about the truth as to the allegations in Paragraph 52 of the First Amended Complaint and leave Plaintiffs to their proofs.

53.    Defendants lack knowledge or information sufficient to form a belief about the truth as to the allegations in Paragraph 53 of the First Amended Complaint and leave Plaintiffs to their proofs.

54.    Defendants lack knowledge or information sufficient to form a belief about the truth as to the allegations in Paragraph 54 of the First Amended Complaint and leave Plaintiffs to their proofs.

55.    Defendants lack knowledge or information sufficient to form a belief about the truth as to the allegations in Paragraph 55 of the First Amended Complaint and leave Plaintiffs to their proofs.

56.    Defendants lack knowledge or information sufficient to form a belief about the truth as to the allegations in Paragraph 56 of the First Amended Complaint and leave Plaintiffs to their proofs.

57.    Defendants lack knowledge or information sufficient to form a belief about the truth as to the allegations in Paragraph 57 of the First Amended Complaint and leave Plaintiffs to their proofs.

58.    Defendants lack knowledge or information sufficient to form a belief about the truth as to the allegations in Paragraph 58 of the First Amended Complaint and leave Plaintiffs to

their proofs.

59.     Defendants lack knowledge or information sufficient to form a belief about the truth as to the allegations in Paragraph 59 of the First Amended Complaint and leave Plaintiffs to their proofs.

60.     Defendants lack knowledge or information sufficient to form a belief about the truth as to the allegations in Paragraph 60 of the First Amended Complaint and leave Plaintiffs to their proofs.

61.     Defendants lack knowledge or information sufficient to form a belief about the truth as to the allegations in Paragraph 61 of the First Amended Complaint and leave Plaintiffs to their proofs.

62.     Paragraph 62 of the First Amended Complaint appears to summarize written documents, the contents of which documents speak for themselves; to the extent such documents differ from the allegations, the allegations are denied.  Any remaining allegations in Paragraph 62 not specifically admitted herein are hereby denied.

63.     Paragraph 63 of the First Amended Complaint appears to summarize written documents, the contents of which documents speak for themselves; to the extent such documents differ from the allegations, the allegations are denied.  Any remaining allegations in Paragraph 63 not specifically admitted herein are hereby denied.

64.     Paragraph 64 of the First Amended Complaint appears to summarize written documents, the contents of which documents speak for themselves; to the extent such documents differ from the allegations, the allegations are denied.  Any remaining allegations in Paragraph 64 not specifically admitted herein are hereby denied.

65.     Paragraph 65 of the First Amended Complaint appears to summarize written documents, the contents of which documents speak for themselves; to the extent such documents differ from the allegations, the allegations are denied.  Any remaining allegations in Paragraph 65 not specifically admitted herein are hereby denied.

66.     Paragraph 66 of the First Amended Complaint appears to summarize written documents, the contents of which documents speak for themselves; to the extent such documents

differ from the allegations, the allegations are denied. Any remaining allegations in Paragraph 66 not specifically admitted herein are hereby denied.

67. Defendants lack knowledge or information sufficient to form a belief about the truth as to the allegations in Paragraph 67 of the First Amended Complaint and leave Plaintiffs to their proofs.

68. Defendants lack knowledge or information sufficient to form a belief about the truth as to the allegations in Paragraph 68 of the First Amended Complaint and leave Plaintiffs to their proofs.

## CLAIMS FOR RELIEF

### FIRST CAUSE OF ACTION

**Recovery of Benefits Due Under an ERISA Benefit Plan Enforcement and Clarification of Rights, Prejudgment and Post Judgment Interest, and Attorneys' Fees and Costs, Pursuant to ERISA Section 502(a), 29 U.S.C. Section 1132(a)**

**(Against Intel Corporation, the Intel Corporation Anthem HDHP Plan, and Blue Cross of California dba Anthem Blue Cross,**

69. Defendants incorporate all preceding paragraphs of this Answer as though fully set forth herein.

70. Paragraph 70 of the First Amended Complaint appears to contain a legal conclusion, to which no response is required. To the extent a response is required, Defendants deny the allegations as averred.

71. Defendants deny the allegations in Paragraph 71 of the First Amended Complaint.

72. Defendants deny the allegations in Paragraph 72 of the First Amended Complaint.

73. Paragraph 73 of the First Amended Complaint appears to contain a legal conclusion, to which no response is required. To the extent a response is required, Defendants deny the allegations as averred.

74. Defendants deny the allegations in Paragraph 74, including its subsections a. – d., of the First Amended Complaint.

**SECOND CAUSE OF ACTION**

**(Breach of Contract and Breach of the Covenant of Good Faith and Fair Dealing**

**(Insurance Bad Faith) Against the PROVIDENCE entities, and DOES 1 through 10)**

75.     Defendants incorporate all preceding paragraphs of this Answer as though fully set forth herein.

76.     Defendants lack knowledge or information sufficient to form a belief about the truth as to the allegations in Paragraph 76 of the First Amended Complaint and leave Plaintiffs to their proofs.

77.     Defendants lack knowledge or information sufficient to form a belief about the truth as to the allegations in Paragraph 77 of the First Amended Complaint and leave Plaintiffs to their proofs.

78.     Defendants lack knowledge or information sufficient to form a belief about the truth as to the allegations in Paragraph 78 of the First Amended Complaint and leave Plaintiffs to their proofs.

79.     Defendants lack knowledge or information sufficient to form a belief about the truth as to the allegations in Paragraph 79, including its subsections a. – m., of the First Amended Complaint, and leave Plaintiffs to their proofs.

80.     Defendants lack knowledge or information sufficient to form a belief about the truth as to the allegations in Paragraph 80 of the First Amended Complaint and leave Plaintiffs to their proofs.

81.     Defendants lack knowledge or information sufficient to form a belief about the truth as to the allegations in Paragraph 81 of the First Amended Complaint and leave Plaintiffs to their proofs.

82.     Defendants lack knowledge or information sufficient to form a belief about the truth as to the allegations in Paragraph 82 of the First Amended Complaint and leave Plaintiffs to their proofs.

83.     Defendants lack knowledge or information sufficient to form a belief about the

truth as to the allegations in Paragraph 83 of the First Amended Complaint and leave Plaintiffs to their proofs.

84.     Defendants lack knowledge or information sufficient to form a belief about the truth as to the allegations in Paragraph 84 of the First Amended Complaint and leave Plaintiffs to their proofs.

85.     Defendants lack knowledge or information sufficient to form a belief about the truth as to the allegations in Paragraph 85 of the First Amended Complaint and leave Plaintiffs to their proofs.

86.     Defendants lack knowledge or information sufficient to form a belief about the truth as to the allegations in Paragraph 86 of the First Amended Complaint and leave Plaintiffs to their proofs.

## **PRAYER FOR RELIEF**

### **AS TO INTEL CORPORATION, THE INTEL PLAN AND BLUE CROSS OF CALIFORNIA dba ANTHEM BLUE CROSS**

87.     Defendants deny that Plaintiffs are entitled to any of the relief requested in Paragraph 87 of the First Amended Complaint, or any other relief.

88.     Defendants deny that Plaintiffs are entitled to any of the relief requested in Paragraph 88 of the First Amended Complaint, or any other relief.

89.     Defendants deny that Plaintiffs are entitled to any of the relief requested in Paragraph 89 of the First Amended Complaint, or any other relief.

90.     Defendants deny that Plaintiffs are entitled to any of the relief requested in Paragraph 90 of the First Amended Complaint, or any other relief.

91.     Defendants deny that Plaintiffs are entitled to any of the relief requested in Paragraph 91 of the First Amended Complaint, and the unnumbered sentence following Paragraph 91 of the First Amended Complaint, or any other relief.

/ / /

/ / /

92.     Defendants lack knowledge or information sufficient to form a belief about the truth as to the allegations in Paragraph 92 of the First Amended Complaint and leave Plaintiffs to their proofs.

93.     Defendants lack knowledge or information sufficient to form a belief about the truth as to the allegations in Paragraph 93 of the First Amended Complaint and leave Plaintiffs to their proofs.

94.     Defendants lack knowledge or information sufficient to form a belief about the truth as to the allegations in Paragraph 94 of the First Amended Complaint and leave Plaintiffs to their proofs.

95.     Defendants lack knowledge or information sufficient to form a belief about the truth as to the allegations in Paragraph 95 of the First Amended Complaint and leave Plaintiffs to their proofs.

96.     Defendants lack knowledge or information sufficient to form a belief about the truth as to the allegations in Paragraph 96 of the First Amended Complaint and leave Plaintiffs to their proofs.

97.     Defendants lack knowledge or information sufficient to form a belief about the truth as to the allegations in Paragraph 97 of the First Amended Complaint and leave Plaintiffs to their proofs.

98.     Defendants lack knowledge or information sufficient to form a belief about the truth as to the allegations in Paragraph 98 of the First Amended Complaint and leave Plaintiffs to their proofs.

99.     Defendants lack knowledge or information sufficient to form a belief about the truth as to the allegations in Paragraph 99 of the First Amended Complaint and leave Plaintiffs to their proofs.

100.     Any allegation in the First Amended Complaint not specifically admitted above is

hereby denied.

## FIRST DEFENSE

Plaintiffs' claims against Defendants, in whole or in part, fail to state a claim upon which relief can be granted.

## SECOND DEFENSE

Plaintiffs' claims against Defendants are barred as a result of their failure to satisfy the Plan's terms.

## THIRD DEFENSE

The third-party claims administrator of the Intel Plan has been granted discretionary authority to interpret the Plan, make eligibility determinations under the Plan, and make any and all factual determinations under the Plan. The claims administrator properly exercised its discretion in considering Plaintiffs' claims. Its determination is entitled to deference and should be upheld because it is not "arbitrary and capricious" or an "abuse of discretion."

## FOURTH DEFENSE

Plaintiffs are limited to the evidence and arguments presented during the administrative process with regard to the Intel Plan.

## FIFTH DEFENSE

Plaintiffs have a duty to mitigate any damages and failure to do so limits or eliminates any right to recovery.

## SIXTH DEFENSE

If Plaintiffs are found to be entitled to payment of any benefits under the Intel Plan, those benefits are subject to be offset by all other benefits (including, *e.g.* Medicare or other health coverage) which Plaintiffs may be receiving or may be eligible to receive.

## SEVENTH DEFENSE

This proceeding is an "action for review of an administrative record" under the meaning of Fed. R. Civ. P. 26(a).

## EIGHTH DEFENSE

Defendants reserve the right to assert additional defenses if additional facts are

discovered.

WHEREFORE, having fully answered the First Amended Complaint, Defendants request that the Court dismiss the same and enter an order awarding Defendants their costs, attorneys' fees pursuant to 29 U.S.C. § 1132(g), and such other relief as the Court deems proper.


Date: December 22, 2020                    **JACKSON LEWIS P.C.**


                                           By: _Donald P. Sullivan_
                                               DONALD P. SULLIVAN


Date: December 22, 2020                    **PRIDGEN BASSETT LAW, LLC**


                                           By: _Nancy B. Pridgen_
                                               NANCY B. PRIDGEN
                                               (*Pro Hac Vice Pending*)

                                           Attorneys for Defendants
                                           INTEL CORPORATION and THE INTEL
                                           CORPORATION HEALTH PLAN