UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRIS W., et al.,<br><br>    Plaintiffs,<br><br>v.<br><br>PROVIDENCE HEALTH PLAN, et al.,<br><br>    Defendants. | Case No. 20-cv-04491-JD<br><br>**ORDER RE TRANSFER**<br><br>Re: Dkt. No. 60 |

At the parties' joint request, Dkt. No. 60, and on the record before the Court, the case is transferred to the District of Oregon.

**IT IS SO ORDERED.**

Dated: February 22, 2022

JAMES DONATO
United States District Judge